LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
(530) 895-3252

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, <br><br> Plaintiff, <br><br> vs. <br><br> JMJ SEEKERS, INC. dba McDONALD'S #12718; McDONALD'S CORPORATION, <br><br> Defendants. | No. 2:08-cv-00424-MCE-GGH <br><br> **Stipulation to Amend Complaint and Order Thereon** |

The parties, subject to approval of the Court, stipulate as follows:

1. Plaintiffs brought this action concerning the McDonald's restaurant and property surrounding it located at 6212 Auburn Boulevard, Citrus Heights, California ("the Restaurant").

2. It has come to plaintiff's attention that defendant JMJ Seekers, Inc. is not the correct business owner and was therefore improperly named in this suit.

3. The correct business owners of the Restaurant are Daniel P. Kassity and Tara E. Kassity.

4. As such, Plaintiff wishes to amend the complaint to dismiss the improperly named defendant, JMJ Seekers, Inc., and to add the proper defendants, Daniel P. Kassity and Tara E. Kassity.

*Martinez v. JMJ Seekers, Inc., et al.*                                                                 Case No. CIV.S-08-00424-MCE-GGH
Stipulation to Amend Complaint and [Proposed] Order Thereon

Page 1

5. Attached hereto as Exhibit A is Plaintiff's Proposed First Amended Complaint.

6. Defendant McDonald's Corporation shall not be required to file an answer to the amended complaint, and their initial answer shall be deemed responsive to the amended complaint.

7. To date, the improperly named defendant, JMJ Seekers, Inc., has not made an appearance in this matter.

Dated: April 17, 2008          DISABLED ADVOCACY GROUP, APLC

                               */s/ Lynn Hubbard, III, Esquire*
                               LYNN HUBBARD, III
                               Attorney for Plaintiff Tony Martinez

Dated: April 16, 2008          GIBSON DUNN & CRUTCHER, LLP

                               */s/ Peter Modlin, Esquire*
                               PETER MODLIN
                               Attorney for Defendant McDonald's
                               Corporation

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Stipulation is hereby granted. Plaintiff shall file his First Amended Complaint (as attached to the Stipulation as Exhibit A) no later than seven (7) days from the date of this Order.

DATED: May 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Martinez v. JMJ Seekers, Inc., et al.*          Case No. CIV.S-08-00424-MCE-GGH
Stipulation to Amend Complaint and [Proposed] Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com