1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 WILLIAMSBURG LANE
   CHICO, CA 95926
4  TELEPHONE:  (530) 895-3252
   FAX:  (530) 894-8244

5  Attorneys for Plaintiff

6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 TONY MARTINEZ,                    Case No. 2:08-cv-00424-MCE-GGH
12      Plaintiff,
                                     **STIPULATION TO CONTINUE
13 v.                                THE FILING OF THE JOINT
                                     STATUS REPORT AND ORDER
14 JMJ SEEKERS INC. dba McDONALD'S   THEREON**
15 #12718; McDONALD'S
16 CORPORATION,
17      Defendants.
18 _____
19
20      Plaintiff Tony Martinez, and Defendant McDonald's Corporation (collectively
21 referred to as "the Parties") hereby request that the date for the filing of the Joint
22 Status Report be continued by at least 21days.  The Parties make this request due to
23 the fact that they filed a stipulation to amend the complaint, and are awaiting an Order
24 from the Court.
25 ///
26 ///
27 ///
28
                            - 1 -

Therefore, the Parties respectively submit that it would be counter productive to file a Joint Status Report until the Complaint has been amended, the proper defendant has been served, and said defendant has appeared.

Dated: April 25, 2008        DISABLED ADVOCACY GROUP, APLC

                                          */s/ Lynn Hubbard, III*
                                          LYNN HUBBARD, III
                                          Attorney for Plaintiff Tony Martinez

Dated: April 25, 2008        GIBSON DUNN & CRUTCHER LLP

                                          */s/ Peter Modlin*
                                          PETER MODLIN
                                          Attorney for Defendant McDonald's Corporation

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Joint Status Report shall be filed no later than May 23, 2008.

Dated: May 1, 2008

                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE