1   LYNN HUBBARD, III, SBN 69773
    SCOTTLYNN J HUBBARD IV, SBN 212970
2   LAW OFFICES OF LYNN HUBBARD
    12 WILLIAMSBURG LANE
3   CHICO, CALIFORNIA 95926
    Telephone: (530) 895-3252
4   Facsimile: (530) 894-8244

5   Attorneys for Plaintiff Lary Feezor

6

7   CATHY ARIAS, SBN 141989
    BURNHAM BROWN
8   1901 HARRISON STREET, 11TH FLOOR
    OAKLAND, CALIFORNIA 94612
    Telephone:(510) 444-6800
9   Facsimile: (510) 835-6666

10  Attorney for Defendants Daniel P. Kassity
    and Tara E. Kassity
11

12  PETER MODLIN, SBN 151453
    GIBSON DUNN & CRUTCHER, LLP
13  ONE MONTGOMERY STREET, 31ST STREET, SUITE 3100
    SAN FRANCISCO, CALIFORNIA 94104
14  Telephone: (415) 393-8200
    Facsimile: (415) 986-5309
15

16  Attorney for Defendant McDonald's Corporation

17

18                  UNITED STATES DISTRICT COURT

19                  EASTERN DISTRICT OF CALIFORNIA

20  TONY MARTINEZ,                     Case No. CIV. S-08-0424-MCE-GGH

21       Plaintiff,

22  v.                                 **STIPULATION OF DISMISSAL AND
                                        ORDER THEREON**
23  DANIEL P. KASSITY dba McDONALD'S
24  #12718; TARA E. KASSITY dba
    McDONALD'S #12718; McDONALD'S
25  CORPORATION,

26       Defendants.
    _____/
27

28

Stipulation of Dismissal and [Proposed] Order Thereon        *Martinez v Daniel P. Kassity, et al.*
                                                              CIV. S-08-0424-MCE-GGH

1    TO THE COURT AND ALL PARTIES:

2    Pursuant to a Settlement Agreement and Release between plaintiff, TONY

3    MARTINEZ, and defendants, DANIEL P. KASSITY dba McDONALD'S #12718; TARA E.

4    KASSITY dba McDONALD'S #12718; McDONALD'S CORPORATION, and pursuant to

5    Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with

6    prejudice from the above-entitled action.

7    Dated: April 29, 2009              DISABLED ADVOCACY GROUP, APLC

8

9                                       */s/ Lynn Hubbard, III*
                                        LYNN HUBBARD, III
10                                      Attorney for Plaintiff

11   Dated: April 29, 2009              BURNHAM BROWN

12

13                                      */s/ Cathy Arias*
                                        CATHY ARIAS
                                        Attorney for Defendants Daniel P. Kassity and
14                                      Tart E. Kassity

15

16   Dated: April 29, 2009              GIBSON DUNN & CRUTCHER, LLP

17                                      */s/ Peter Modlin*
                                        PETER MODLIN
18                                      Attorney for Defendant McDonald's
                                        Corporation
19

20                          **ORDER**

21       IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-

22   0424-MCE-GGH, is hereby dismissed with prejudice.

23
      Dated: May 1, 2009
24

25

26       MORRISON C. ENGLAND, JR.
         UNITED STATES DISTRICT JUDGE
27

28